IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-cr-00092 |
| v. | ) | |
| | ) | 3:25-MJ-1114 |
| CELSO MARTINEZ-ORTIZ | ) | 8 U.S.C. § 1326(a) |

# INFORMATION

## COUNT ONE

THE ACTING UNITED STATES ATTORNEY CHARGES:

On or about January 6, 2025, in the Middle District of Tennessee, the defendant, **CELSO MARTINEZ-ORTIZ**, an alien, attempted to enter, entered, and was found in the United States after having been removed therefrom, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a).

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

_Rachel M Stephens for_
HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY
_w/ permission_