UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |                    |
|---------------------------|---|--------------------|
|         Plaintiff,        | ) |                    |
|                           | ) |                    |
|         v.                | ) | NO. 3:25-cr-00092  |
|                           | ) |                    |
|    Celso Martinez-Ortiz,  | ) |                    |
|                           | ) |                    |
|         Defendant.        | ) |                    |

**ORDER SCHEDULING AN ARRAIGNMENT**

An arraignment in this case is scheduled as follows:

| Place: U.S. Courthouse<br>719 Church Street<br>Nashville, TN 37203 | Courtroom No: 3D |
|---|---|
| | Date and Time: 05/02/2025 at 10:30am |

IT IS SO ORDERED.

_____
BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE