UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-00092 |
| v. | ) JUDGE TRAUGER |
| | ) |
| CELSO MARTINEZ-ORTIZ | ) |

## MOTION TO SET PLEA AND SENTENCING HEARING AND FOR MODIFIED PRESENTENCE REPORT

The defendant, Celso Martinez-Ortiz, through undersigned counsel, respectfully moves this Honorable Court to set a plea and sentencing hearing on the same date in approximately 30 days. Mr. Martinez also requests that this Court order the probation office to prepare a modified pre-plea presentence report.

In support of this motion, Mr. Martinez would show that he is charged with one count of entering the United States illegally after a prior deportation. Mr. Martinez has notified the government that he intends to plead guilty pursuant to a plea agreement with the government, which will recommend to this Court a sentence of time served. Because Mr. Martinez has no prior criminal history, his advisory guideline range is likely to be 0-6 months. As a result, Mr. Martinez requests that this Court set a plea and sentencing hearing on the same date in the near future, and he also requests that this Court order the probation office to prepare a modified pre-plea presentence report. Defense counsel has consulted with USPO Terra Everett who stated that the Probation Office could complete a modified PSR within 30 to 45 days.

Wherefore, Mr. Martinez requests that this Court set a plea and sentencing hearing in approximately 30 days and order the Probation Office to prepare a modified pre-plea presentence report.

                                                            Respectfully submitted,

                                                            s/ *R. David Baker*
                                                            R. DAVID BAKER
                                                            Assistant Federal Public Defender
                                                            810 Broadway, Suite 200
                                                            Nashville, Tennessee 37203
                                                            615-736-5047
                                                            David_baker@fd.org

                                                            Attorney for Celso Martinez-Ortiz

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing *Motion to Set Plea and Sentencing Hearing and for Modified Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Herbert L. Bunton, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                                            s/ *R. David Baker*
                                                            R. DAVID BAKER